# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 14-00029-01-CR-W-GAF |
| | ) | |
| FRENKLYN PIGGIE, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Pending before the Court is Defendant's *pro se* motion (Doc. 372) to dismiss the Indictment on the grounds that his Sixth Amendment right to a speedy trial has been denied. Defendant asserts that his previously retained counsel, Carl Cornwell, is not a member of the Bar of this Court and, as a result, any motions to continue the trial of defendant Piggie's case filed by Mr. Cornwell are void.

On October 1, 2015, United States Magistrate Judge John T. Maughmer issued his Report and Recommendation (Doc. 436). No objections to the Report and Recommendation were filed by Defendant.

Upon careful and independent review of the pending motion, as well as the applicable law, this Court hereby adopts and incorporates as its own Opinion and Order the Report and Recommendation of United States Magistrate Judge John T. Maughmer.

Accordingly, it is hereby ORDERED that Defendant's *pro se* motion to dismiss the Indictment (Doc. 372) is OVERRULED and DENIED.

SO ORDERED.

/s/ Gary A. Fenner
GARY A. FENNER, JUDGE
United States District Court

DATED: October 20, 2015