# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 14-00029-01-CR-W-GAF |
| | ) |
| FRENKLYN PIGGIE, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Now pending before the Court are Defendant Frenklyn Piggie's Motion to Suppress Evidence Acquired Under Title III and 18 U.S.C. § 2730 From Telephones 10 and 11 with Suggestions in Support (doc. 530), Motion to Suppress Evidence Acquired Under Title III and 18 U.S.C. § 2730 From Telephone 12 with Suggestions in Support (doc. 531), and Motion to Suppress Evidence Acquired in Search of 7501 E. 51st Terrace and Other Addresses with Suggestions in Support (doc. 532), all filed on June 21, 2016.

On August 16, 2016, United States Magistrate Judge John T. Maughmer issued his Report and Recommendation (doc. 544).

Upon careful and independent review of the pending motions, as well as the applicable law, this Court hereby adopts and incorporates as its own Opinion and Order the Report and Recommendation of United States Magistrate Judge John T. Maughmer.

Accordingly, it is

ORDERED that Defendant Frenklyn Piggie's Motion to Suppress Evidence Acquired Under Title III and 18 U.S.C. § 2730 From Telephones 10 and 11 with Suggestions in Support (doc. 530), Motion to Suppress Evidence Acquired Under Title III and 18 U.S.C. § 2730 From

Telephone 12 with Suggestions in Support (doc. 531), and Motion to Suppress Evidence Acquired in Search of 7501 E. 51st Terrace and Other Addresses with Suggestions in Support (doc. 532) are DENIED.

                                                s/ Gary A. Fenner
                                                GARY A. FENNER, JUDGE
                                                UNITED STATES DISTRICT COURT

DATED:   September 6, 2016